UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MS. ELOISE CLINTON,<br><br>                          Plaintiff,<br><br>       -against-<br><br>WHITNEY HOUSTON; DOLLY PARTON; ARISTA RECORDS,<br><br>                        Defendants. | 22-CV-10188 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the May 10, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 10, 2023
             New York, New York

                                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge